# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2020

160415 & (57)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee/
　　　　Cross-Appellant,

v

KYLAND ANDREW HUDSON,
　　　　Defendant-Appellant/
　　　　Cross-Appellee.

SC: 160415
COA: 342001
Calhoun CC: 2017-001326-FC

_____/

On order of the Court, the application for leave to appeal the August 29, 2019 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2020



Clerk

a0923